IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:22-cr-12-AW-MAL
 1:24-cv-12-AW-MAL

**JORGE MARIO VELASQUEZ,**

   **Defendant.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Defendant Jorge Mario Velasquez sought § 2255 relief, alleging ineffective assistance of counsel. ECF No. 164. The government responded in opposition. ECF No. 167. The magistrate judge issued a report and recommendation, concluding the court should deny relief and deny a certificate of appealability. ECF No. 173. Velasquez has filed no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order.[1] As the magistrate judge explains, Velasquez's entire claim is based on an erroneous premise. Velasquez did not receive a two-point enhancement for possessing a firearm.

---

[1] Except that I note the court sentenced Velasquez at the *high* end of the guidelines range—not the low end. *Cf.* ECF No. 173 at 2 (incorrectly saying sentence was at low end). This scrivener's error in the report and recommendation makes no difference to the outcome.

2

The clerk will enter a judgment that says, "The § 2255 motion is DENIED on the merits." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on September 18, 2025.

s/ *Allen Winsor*
Chief United States District Judge
